## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ray Centeno             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-11881 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                                             Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
11 Jun 2024, 18:54:02, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322