| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11881-PMM**

| | |
|---|---|
| Ray Centeno | Petition Filed Date: 05/31/2024 |
| 1206 Mitman Rd | 341 Hearing Date: 07/23/2024 |
| Easton  PA    18040 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/28/2024 | $305.00 | | 07/22/2024 | $306.00 | | | | |

**Total Receipts for the Period:  $611.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $917.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UGI UTILITIES INC<br>»» 001 | Unsecured Creditors | $15.12 | $0.00 | $0.00 |
| 2 | NAVY FEDERAL CREDIT UNION<br>»» 02S | Secured Creditors | $1,255.92 | $0.00 | $0.00 |
| 3 | NAVY FEDERAL CREDIT UNION<br>»» 02U | Unsecured Creditors | $2,761.75 | $0.00 | $0.00 |
| 4 | MET-ED FIRST ENERGY COMPANY<br>»» 003 | Unsecured Creditors | $518.80 | $0.00 | $0.00 |
| 5 | FORKS TOWNSHIP<br>»» 004 | Secured Creditors | $10,168.61 | $0.00 | $0.00 |
| 6 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 005 | Unsecured Creditors | $171.40 | $0.00 | $0.00 |
| 7 | M&T BANK<br>»» 006 | Secured Creditors | $6,778.58 | $0.00 | $0.00 |
| 8 | SUNNOVA ENERGY CORPORATION<br>»» 07U | Unsecured Creditors | $3,496.61 | $0.00 | $0.00 |
| 9 | SUNNOVA ENERGY CORPORATION<br>»» 07S | Secured Creditors | $4,737.13 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11881-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $917.00 | Current Monthly Payment: | $305.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($307.00) |
| Paid to Trustee: | $91.70 | Total Plan Base: | $18,300.00 |
| Funds on Hand: | $825.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.