UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Ray Centeno | Bankruptcy No.24-11881-PMM

Debtor

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case

has been served this 22nd day of October, 2024, by first class mail upon those listed below:

Ray Centeno
1206 Mitman Rd
Easton, PA  18040

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

/s/ *Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee