**IN**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ray Centeno | CHAPTER 13 |
| Debtor | |
| M&T BANK | |
| Moving Party | |
| vs. | NO. 24-11881 PMM |
| Ray Centeno | |
| Debtor | |
| Scott F. Waterman | 11 U.S.C. Section 362 |
| Trustee | |

## ORDER

AND NOW, this 23rd        day of February, 2026 upon consideration of this Stipulation, it is hereby ORDERED that:

The Stipulation is approved.

*Patricia M. Mayer*

_____

United States Bankruptcy Judge
Hon. Patricia M. Mayer