United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 24-11881-pmm

Ray Centeno                                                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

**Recip ID                     Recipient Name and Address**
db                        +   Ray Centeno, 1206 Mitman Rd, Easton, PA 18040-8239

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

**Name**                                      **Email Address**

CHARLES LAPUTKA
                                              on behalf of Debtor Ray Centeno ecfnotices@laputkalaw.com
                                              jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
                                              on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
                                              on behalf of Creditor Forks Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

MATTHEW K. FISSEL
                                              on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                                              ECFMail@ReadingCh13.com

United States Trustee

District/off: 0313-4                            User: admin                                          Page 2 of 2
Date Rcvd: Feb 23, 2026                         Form ID: pdf900                                    Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**IN**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ray Centeno | CHAPTER 13 |
| <u>Debtor</u> | |
| M&T BANK | |
| <u>Moving Party</u> | NO. 24-11881 PMM |
| vs. | |
| Ray Centeno | |
| <u>Debtor</u> | |
| Scott F. Waterman | <u>11 U.S.C. Section 362</u> |
| <u>Trustee</u> | |

**ORDER**

AND NOW, this <u>23rd</u>    day of <u>February, 2026</u> upon consideration of this Stipulation, it

is hereby ORDERED that:

The Stipulation is approved.

_Patricia M. Mayer_

_____

United States Bankruptcy Judge
Hon. Patricia M. Mayer