**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ray Centeno                                            Case # 24-11881

Debtor                                                        CHAPTER 13

**CERTIFICATE OF NO RESPONSE AND**
**REQUEST FOR ENTRY OF ORDER**

I, Charles Laputka, Esquire, counsel for the Debtors, hereby certify the following:

1.      The Motion to Modify Confirmed Plan was timely served on all interested parties as is shown on the certificate of service previously filed with the Motion.

2.      No objections, responses, or requests for hearing on the Application have been received, and as of April 21, 2026, a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Motion have been filed.

WHEREFORE, Movant seeks the entry of the proposed order filed with the Motion, granting the requested relief.

Dated: April 21, 2026                        /s/ *Charles Laputka, Esquire*
                                             CHARLES LAPUTKA, Esquire
                                             PA I.D. No. 91984
                                             1344 West Hamilton Street
                                             Allentown, PA 18102
                                             Phone: (610) 477-0155
                                             Facsimile: (484)350-3581