**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ray Centeno | Case # 24-11881

Debtor | CHAPTER 13

## O R D E R

AND NOW, upon consideration of the Debtors' Motion to Modify Confirmed Chapter

13 Plan (doc # 38, the "Motion"):

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan (doc. # 37) is **APPROVED**.

BY THE COURT:

Date: 4/23/26

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE