Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Ray Centeno
1206 Mitman Rd
Easton, PA 18040

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-11881-PMM**

Petition Filed Date: 05/31/2024
341 Hearing Date: 07/23/2024
Confirmation Date: 01/30/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2025 | $369.00 | | 09/09/2025 | $369.00 | | 10/08/2025 | $369.00 | |
| 11/10/2025 | $369.00 | | 12/08/2025 | $369.00 | | 01/09/2026 | $369.00 | |
| 02/09/2026 | $369.00 | | 03/09/2026 | $369.00 | | 04/08/2026 | $369.00 | |
| 05/11/2026 | $715.00 | | 06/08/2026 | $715.00 | | 07/08/2026 | $715.00 | |

**Total Receipts for the Period: $5,466.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $10,944.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | UGI UTILITIES INC<br>»» 001 | Unsecured Creditors | $15.12 | $0.00 | $15.12 |
| 2 | NAVY FEDERAL CREDIT UNION<br>»» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | NAVY FEDERAL CREDIT UNION<br>»» 02U | Unsecured Creditors | $2,761.75 | $0.00 | $2,761.75 |
| 4 | MET-ED FIRST ENERGY COMPANY<br>»» 003 | Unsecured Creditors | $518.80 | $0.00 | $518.80 |
| 5 | FORKS TOWNSHIP<br>»» 004 | Secured Creditors | $10,168.61 | $3,635.48 | $6,533.13 |
| 6 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 005 | Unsecured Creditors | $171.40 | $0.00 | $171.40 |
| 7 | M&T BANK<br>»» 006 | Mortgage Arrears | $6,778.58 | $2,423.48 | $4,355.10 |
| 8 | SUNNOVA ENERGY CORPORATION<br>»» 07U | Unsecured Creditors | $3,496.61 | $0.00 | $3,496.61 |
| 9 | SUNNOVA ENERGY CORPORATION<br>»» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT OF VA AFFAIRS | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CAINE & WEINER CO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CREDIT COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | T-MOBILE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11881-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | USAA SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | M&T BANK<br>»» 06P | Mortgage Arrears | $12,495.87 | $1,497.67 | $10,998.20 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,944.00 | Current Monthly Payment: | $714.00 |
| Paid to Claims: | $10,094.63 | Arrearages: | $341.00 |
| Paid to Trustee: | $849.37 | Total Plan Base: | $35,561.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.